

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| ROYALTY ASSET HOLDINGS II, LP, NOBLE ENERGY, INC., CHARLOTTE POE, Trustee of the Gerhardt Family Trust, HAROLD SCHNEIDER, TD MINERALS LLC, and SOURCING ROCK, LLC, | § § § | |
| | | No. 08-22-00108-CV |
| Appellants, | § | |
| | | Appeal from the |
| v. | § | |
| | | 143rd Judicial District Court |
| BAYSWATER FUND III-A, LLC, BAYSWATER FUND III-B, LLC, BAYSWATER RESOURCES, LLC, COLBURN OIL, LP, DITTO LAND COMPANY, LLC, FALL LAND & CATTLE, LLC, PEGASUS RESOURCES, LLC, ROBBINS FAMILY MINERALS, LP, and COG OPERATING, LLC, | § § § § § | of Reeves County, Texas (TC# 21-03-23912-CVR) |
| | § | |
| Appellees. | § | |

# **O R D E R**

The Court has considered Appellant Noble Energy, Inc.'s (Noble Energy) unopposed motion for voluntary dismissal of its appeal and concludes the motion should be granted. Accordingly, we grant Noble Energy's unopposed motion. The Court hereby dismisses this appeal in part as to Noble Energy only, and Noble Energy shall bear its own costs. *See*

TEX. R. APP. P. 42.1(a)(1), (d). The appeal remains pending as to all other remaining parties. *See* TEX. R. APP. P. 42.1(a)(1), (b).

It is further ordered that this appeal will continue under the same cause number and is restyled as *Royalty Asset Holdings II, LP, Charlotte Poe, Trustee of the Gerhardt Family Trust, Harold Schneider, TD Minerals LLC, and Sourcing Rock, LLC v. Bayswater Fund III-A, LLC, Bayswater Fund III-B, LLC, Bayswater Resources, LLC, Colburn Oil, LP, Ditto Land Company, LLC, Fall Land & Cattle, LLC, Pegasus Resources, LLC, Robbins Family Minerals, LP, and COG Operating, LLC.*

IT IS SO ORDERED THIS 10TH DAY OF OCTOBER, 2022.

GINA M. PALAFOX, Justice

Before Rodriguez, C.J., Palafox, and Alley, JJ.